656 A.2d 462

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Edward Thomas ZATSICK, Respondent.**

**No. 106, Disciplinary Docket No. 3.**
**Disciplinary Board No. 4 DB 95.**

Supreme Court of Pennsylvania.

March 10, 1995.

## *ORDER* .

PER CURIAM:

AND NOW, this 10th day of March, 1995, there having been filed with this Court by Edward Thomas Zatsick his verified

Statement of Resignation dated February 8, 1995, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Edward Thomas Zatsick be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

MONTEMURO, J., is sitting by designation.